UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MARGO LINDSAY, et al.,<br><br>    Defendants. | NO. C17-1795RSL<br><br>ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered December 1, 2017, is hereby VACATED. The Court will reissue the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

DATED this 13th day of December, 2017.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT