UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WESTERN HERITAGE INSURANCE COMPANY,

    Plaintiff,

v.

MARGO LINDSAY, as personal representative of the estate of Nicholas Lindsay, deceased, *et al.*,

    Defendants.

NO. C17-01795RSL

ORDER GRANTING LEAVE TO AMEND

This matter comes before the Court on "Defendants' Motion to Amend Answer." Dkt. # 22. The motion is unopposed and is therefore GRANTED. Defendants may file an amended answer consistent with Dkt. # 22-1 within seven days of the date of this Order.

Dated this 7th day of November, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO AMEND - 1