HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARGO LINDSAY, as Personal Representative of THE ESTATE OF NICHOLAS LINDSAY, deceased; and ANNETTA GREER, as Personal Representative of THE ESTATE OF ANTAUN GREER, deceased,<br><br>Defendants. | NO. 2:17-cv-01795-RSL<br><br>JOINT STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE<br><br>NOTE ON MOTION CALENDAR: February 26, 2019<br><br>**CLERK'S ACTION REQUIRED** |

Pursuant to FRCP 16(b)(4) and LCR 16(b)(5), undersigned counsel for Plaintiff Western Heritage Insurance Company ("WHIC") and Defendants Margo Lindsay and Annetta Greer (collectively "the Estates"), hereby stipulate and agree, subject to the Court's approval, to extend by approximately six months the deadlines for all remaining discovery- and trial-related dates as set forth in the Court's November 7, 2018 Amended Order Setting Trial Date & Related Dates. *See* Dkt. No. 30. This joint stipulated motion is made in the interests of preserving judicial resources and avoiding unnecessary discovery and expense for the Parties.

{DFS1893855.DOCX;1/12637.000008/ }
JOINT STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 1
NO. 2:17-cv-01795-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1   This case involves issues pertaining to both WHIC's duty to defend and the scope of WHIC's coverage obligations under an insurance policy issued by WHIC to the policyholder-assignor, and related extracontractual claims under Washington common and statutory law. Cross-motions filed by the Estates and WHIC are currently pending related to WHIC's duty to defend and the scope of its indemnity obligation. *See* Dkt. Nos. 33, 37, 39, 42. 43. The Parties agree that resolution of the pending cross-motions will significantly impact the viability and outcome of the remaining issues in this action. Further, the Parties wish to minimize unnecessary discovery and costs, including the use of experts, to the fullest extent possible. The Parties anticipate that the Court's decision on summary judgment will significantly clarify and narrow the remaining issues requiring discovery and/or expert witness testimony, and significantly reduce the issues for trial and/or further dispositive motions.

The Parties therefore believe that extending the discovery deadlines and trial date to a time that allows discovery, including expert disclosures, to occur after the Court issues a decision on the pending cross-motions will preserve judicial resources and minimize unnecessary discovery and expenses for the Parties. For these reasons, the Parties seek a six-month extension of discovery and trial-related deadlines regarding all issues remaining after the pending motions are decided. Accordingly, the parties stipulate and agree that the trial date should be continued to **June 1, 2020**, with all other discovery and trial-related dates rescheduled accordingly.

//////
//////
//////
//////
//////

{DFS1893855.DOCX;1/12637.000008/ }
JOINT STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 2
NO. 2:17-cv-01795-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 26th day of February, 2019.

| DAVIDSON, KILPATRIC & KRISLOCK, LLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By s/Daniel McLafferty<br>Daniel McLafferty, WSBA #45243<br>520 Kirkland Way, Suite 400<br>P.O. Box 817<br>Kirkland, Washington, 98083<br>Tel: 425.822.2228<br>Fax: 425.827.8725<br>daniel@kirklandlaw.com<br>Attorneys for Defendants | By s/Daniel F. Shickich<br>Geoff Bridgman, WSBA #25242<br>Daniel F. Shickich, WSBA #46479<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000<br>Fax: 206.447.0215<br>gbridgman@omwlaw.com<br>dshickich@omwlaw.com<br>Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the trial date in the above-captioned matter shall be extended for good cause to June 1, 2020, and all other discovery and trial-related dates rescheduled accordingly. A new Order Setting Trial Date and Related Dates shall be issued.

DATED this 27+ day of February, 2019.

*[signature]*

The Honorable Robert S. Lasnik
United States District Judge

{DFS1893855.DOCX;1/12637.000008/ }
JOINT STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 3
NO. 2:17-cv-01795-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215