Judge Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARGO LINDSAY, as Personal Representative of THE ESTATE OF NICHOLAS LINDSAY, deceased; and ANNETTA GREER, as Personal Representative of THE ESTATE OF ANTAUN GREER, deceased;<br><br>Defendants. | No. 2:17-cv-01795<br><br>ORDER GRANTING DEFENDANTS' MOTION TO RE-OPEN CASE TO OBTAIN COURT APPROVAL OF SETTLEMENT |

This matter comes before the Court on "Defendants' Motion to Re-Open Case to Obtain Court Approval of Settlement." Dkt. # 52. Plaintiff does not oppose the motion. Dkt. # 54. Having reviewed the aforementioned documents and the remainder of the record, the Court ORDERS as follows:

1. Defendants' motion to re-open the case is GRANTED. The Clerk of Court is directed to re-open the case;

2. The Lindsay Estate shall, within thirty days of the date of this Order, provide the court with one or more nominees to be appointed as guardian ad litem for C.L. in a petition

to appoint a guardian ad litem;

4. The parties shall, within thirty days of the appointment of a guardian ad litem for C.L., petition the Court for approval of the proposed settlement. The petition shall be noted for consideration on the fourth Friday after filing;

5. The Court will review the petition and any response filed by the guardian ad litem when deciding whether the settlement should be approved.

Dated this 26th day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

_/s/Daniel McLafferty_
Daniel McLafferty, WSBA #45243
DAVIDSON, KILPATRIC & KRISLOCK, PLLC
520 Kirkland Way, Suite 400, PO Box 817
Kirkland, WA 98083
Phone: (425) 822-2228
Fax: (425) 827-8725
*Attorney for Defendants*