IN THE UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARGO LINDSAY, as Personal Representative of THE ESTATE OF NICHOLAS LINDSAY, deceased, *et al*.;<br><br>Defendants. | No. 2:17-cv-01795<br><br>ORDER APPOINTING GUARDIAN AD LITEM |

This matter comes before the Court on defendant/counterclaim plaintiff Margo Lindsay's "Petition to Appoint Guardian ad Litem." Dkt. #56. The petition is not opposed (Dkt. #58) and is therefore GRANTED.

Edward K. Le is hereby appointed to serve as guardian ad litem for C.L. in this action for the purpose of determining whether this Court should approve of the proposed settlement of the claims and defenses at issue herein between the Estate of Nicholas Lindsay and Western Heritage Insurance Company. Mr. Le's service as guardian ad litem shall continue at and be subject to this Court's discretion.

Dated this 21st day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING GUARDIAN AD LITEM