UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WESTERN HERITAGE INSURANCE COMPANY,

    Plaintiff,

v.

MARGO LINDSAY, as Personal Representative of THE ESTATE OF NICHOLAS LINDSAY, deceased; and ANNETTA GREER, as Personal Representative of THE ESTATE OF ANTAUN GREER, deceased,

    Defendants.

NO. 2:17-cv-01795-RSL

ORDER GRANTING MOTION TO SEAL

This matter comes before the Court on the Parties' Joint Stipulated Motion to Seal. The motion is GRANTED. Defendants' Motion for Approval of Settlement Benefiting a Minor (Dkt. # 62) and Exhibit B to the Declaration of Daniel McLafferty (Dkt. # 63) will remain under seal.

DATED this 26th day of Sept., 2019.

                                                          */s/ Robert S. Lasnik*
                                                          Robert S. Lasnik
                                                          United States District Judge

ORDER GRANTING MOTION TO SEAL - 1