UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARGO LINDSAY, as personal representative of the estate of Nicholas Lindsay, deceased, *et al.*,<br><br>Defendants. | NO. C17-01795RSL<br><br>ORDER APPROVING SETTLEMENT |

This matter comes before the Court on "Defendants' Motion for Approval of Settlement Benefitting a Minor." Dkt. # 62. Plaintiff joined in the motion, and the court-appointed guardian *ad litem* recommends that the Court approve the settlement and trust as proposed.

Having reviewed the record in this matter, including the memoranda, declarations, and exhibits submitted by the parties regarding the proposed settlement agreement, the Court finds that the settlement and trust protect the minor's interests: the settlement is therefore APPROVED. Western Heritage Insurance Company shall fund or cause to be funded the settlement amount within thirty days of the date of this Order. Funds from the settlement amount

//

ORDER APPROVING SETTLEMENT - 1

may be disbursed to pay for the legal expenses identified in the motion, the remainder to be disbursed to the trust as proposed.

Dated this 30th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPROVING SETTLEMENT - 2