HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARGO LINDSAY, as Personal Representative of THE ESTATE OF NICHOLAS LINDSAY, deceased; and ANNETTA GREER, as Personal Representative of THE ESTATE OF ANTAUN GREER, deceased,<br><br>Defendants. | NO. 2:17-cv-01795-RSL<br><br>JOINT STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR EXPENSES<br><br>NOTE ON MOTION CALENDAR:<br>November 6, 2019 |

Plaintiff/Counterclaim Defendant Western Heritage Insurance Company and Defendants/Counterclaim Plaintiffs Margo Lindsay and Annetta Greer, by and through their undersigned counsel of record, jointly move for the dismissal of this action, and all claims and counterclaims arising out of the same subject matter that were or could have been asserted in this action, with prejudice and without an award of costs or expenses to any party.

{DFS2032609.DOCX;1/12637.000008/ }
JOINT STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE - 1
NO. 2:17-cv-01795-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 6th day of November, 2019.

| RIDGELINE LAW GROUP, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By s/Daniel McLafferty<br>Daniel McLafferty, WSBA #45243<br>2367 Tacoma Avenue S.<br>Tacoma, Washington, 98402<br>Tel: 253.414.0152<br>Fax: 253.303.6665<br>dan@ridgelinelaw.com<br>Attorneys for Defendants | By s/Daniel F. Shickich<br>Geoff Bridgman, WSBA #25242<br>Daniel F. Shickich, WSBA #46479<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000<br>Fax: 206.447.0215<br>gbridgman@omwlaw.com<br>dshickich@omwlaw.com<br>Attorneys for Plaintiff |

## **ORDER**

IT IS SO ORDERED.

DATED this 7th day of November, 2019.

_____
The Honorable Robert S. Lasnik
United States District Judge

{DFS2032609.DOCX;1/12637.000008/ }
JOINT STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE - 2
NO. 2:17-cv-01795-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215